[Nos. 43432-6-II; 43519-5-II.   Division Two.   August 12, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. JUAN CARLOS
PARRA-INTERIAN, *Appellant*.

Appeals from a judgment of the Superior Court for
Cowlitz County, No. 10-1-00557-6, Michael H. Evans, J.,
entered May 11, 2012. *Affirmed* by unpublished opinion per
Lee, J., concurred in by Bjorgen, A.C.J., and Hunt, J.

[No. 43674-4-II.   Division Two.   August 12, 2014.]

ALAN J. VEYS ET AL., *Appellants*, v. MICHAEL LONG ET AL.,
*Respondents*.

Appeal from a judgment of the Superior Court for Cowlitz
County, No. 09-2-01257-2, Diane M. Woolard, J. Pro Tem.,
entered June 20, 2012. *Affirmed in part, reversed in part*,
and *remanded* by unpublished opinion per Hunt, J., con-
curred in by Bjorgen, A.C.J., and Maxa, J.

[No. 43812-7-II.   Division Two.   August 12, 2014.]

*In the Matter of the Marriage of* McKAYLA ELIZABETH
CLINTON SMITH, *Appellant*, and MATTHEW DARRELL
SMITH, *Respondent*.

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. 06-3-00268-7, Gordon Godfrey, J., en-
tered July 9, 2012. *Affirmed* by unpublished opinion per
Lee, J., concurred in by Bjorgen, A.C.J., and Hunt, J.

[No. 44137-3-II.   Division Two.   August 12, 2014.]

*In the Matter of the Detention of* MORGAN A. HEATH.

Appeal from a judgment of the Superior Court for Kitsap
County, No. 10-2-01957-1, M. Karlynn Haberly, J., entered
October 15, 2012. *Affirmed* by unpublished opinion per
Hunt, J., concurred in by Bjorgen, A.C.J., and Lee, J.